﻿Citation Nr: 18124195
Decision Date: 08/06/18 Archive Date: 08/06/18

DOCKET NO. 15-29 090
DATE: August 6, 2018
ORDER
Entitlement to an initial rating in excess of 10 percent for residuals of larynx cancer is dismissed.
FINDING OF FACT
In a November 2017 written statement, the Veteran withdrew his appeal of the issue of entitlement to an initial rating in excess of 10 percent for residuals of larynx cancer. 
CONCLUSION OF LAW
The criteria for withdrawal of the appeal of entitlement to an initial rating in excess of 10 percent for residuals of larynx cancer are met. 38 C.F.R. §38 U.S.C. § 7105(b)(2), (d)(5) (2012); 38 C.F.R. § 20.204 (2017). 
REASONS AND BASES FOR FINDING AND CONCLUSION
The Veteran served on active duty from September 1969 to April 1971 in the United States Army. 
This case comes before the Board of Veterans’ Appeals (Board) on appeal from a February 2014 rating decision issued by the Department of Veterans Affairs (VA) Regional Office (RO) in Winston-Salem, North Carolina. 
The Board may dismiss any appeal that fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. A substantive appeal may be withdrawn on record at a hearing or in writing at any time before the Board promulgates a decision. 38 C.F.R. § 20.202. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. 
In a November 2017 written statement, the Veteran indicated that he wanted to withdraw his appeal of the issue of entitlement to an initial rating in excess of 10 percent for residuals of larynx cancer. As such, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal, and it is dismissed.

 
Kristin Haddock
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD S. Mishalanie, Counsel